UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LICKERISH INC | CASE NO: |
| Plaintiff(s), | 2:14−cv−00152−MMM−MRW |
| v. | |
| THEHOLLYWOODGOSSIP.COM , et al. | ORDER DISMISSING CIVIL ACTION |
| Defendant(s). | |

THE COURT having been advised by counsel that the above−entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days**, to re−open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**IT IS SO ORDERED.**

Dated: May 9, 2014

_____
Margaret M. Morrow
United States District Judge